**FILED**

DEC 17 2012

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>JOSE CARDENAS,  )<br>  )<br>Defendant.  ) | 2:11-CR-414-PMP-(RJJ) |

## FINAL ORDER OF FORFEITURE AS TO DEFENDANT JOSE CARDENAS

On February 3, 2012, this Court entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 21, United States Code, Section 853(a)(1) and 853(a)(2); Title 18, United States Code, Section 924(d)(1), (2)(C) and (3)(B) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 881(a)(11) and Title 28, United States Code, Section 2461(c), forfeiting property of defendant JOSE CARDENAS to the United States of America. Criminal Indictment, ECF No. 22; Plea Memorandum, ECF No. 52; Minutes of Change of Plea Proceedings, ECF No. 50; Preliminary Order of Forfeiture, ECF No. 56.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P 32.2(b)(4)(A) and (B) that the forfeiture of the property named in the Preliminary Order of Forfeiture is final as to defendant JOSE CARDENAS.

DATED this 17 day of Dec., 2012.

_____
UNITED STATES DISTRICT JUDGE