## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| United States of America, | Case No.: 2:11-cr-0414-APG-CWH |
|---|---|
| Plaintiff, | **ADDENDUM TO ORDER GRANTING RENEWED MOTION TO REDUCE OR MODIFY SENTENCE** |
| v. | |
| Jose Cardenas, | |
| Defendant. | |

Earlier today I granted defendant Jose Cardenas' motion for compassionate release. ECF No. 150. Among other things, I ordered Mr. Cardenas to contact the federal probation office in Modesto, California within 72 hours of his release. I hereby clarify that order and direct Mr. Cardenas to contact Officer Whitney Mize of that office at 209-574-9429 within 72 hours of release.

Dated: May 19, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE